| PROB 22 (Rev 8/97) | TRANSFER OF JURISDICTION | FILED JAN 6 PM 3:48 U.S. COURTS | DOCKET NUMBER (Tran. Court) 5:04CR01215-001 A13CR0557SS |
|---|---|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eduardo Efrain Chavez | Southern District of Texas | Laredo |
| | NAME OF SENTENCING JUDGE | |
| | Keith P. Ellison, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 5, 2013 — TO April 4, 2018 |

**OFFENSE**

Possession with intent to distribute a quantity in excess of 1000 kilograms of marihuana, in violation of 21 U.S.C. §§ 841(a)(1)(A) and 18 U.S.C. § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Western District of Texas/Austin Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

December 16, 2013
Date

*[signature]*
Marina Garcia Marmolejo
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS/AUSTIN DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

12-30-13
Effective Date

*[signature] Sam Sparks*
United States District Judge