UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 1131
Laredo, Texas 78040

To:  Western District of Texas Austin Division

Re:  Eduardo Efrain Chavez

Case No.   L: 04-CR-1215-01

Dear Sir/Madam:

    Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case.  The case filed can be accessed through the Electronic Case Filling/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of documents by signing the receipt below, indicating your case number and returning it to us.

                                                David J. Bradley
                                                Clerk of Court

By:  ___Martha Perez___

Please complete and return acknowledgment to this office.

      Received and filed under case number: _____

___ on _____ . Clerk , United States District Court,

By, _____.
      Deputy Clerk